IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re ANTONIO SULLIVAN,<br><br>    Plaintiff.<br>_____ | No. C 10-1420 CRB (PR)<br><br>ORDER OF DISMISSAL |

  On April 5, 2010, Antonio Sullivan filed an action seeking compassionate release from a state sentence due to poor health and advanced age. The court notified Sullivan in writing that the action was deficient because he had not submitted a complaint or petition, or paid the requisite filing fee or submitted a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Sullivan was advised that failure to file the requested items within 30 days would result in dismissal of the action.

  More than 40 days have elapsed; however, Sullivan has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

  The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: May 18, 2010    _____
                CHARLES R. BREYER
                United States District Judge

G:\PRO-SE\CRB\CR.10\Sullivan, A1.dsifp.wpd